[No. 14323-9-I.   Division One.   August 11, 1986.]

JACK G. SWEEK, *Appellant*, v. THE MUNICIPALITY
OF METROPOLITAN SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 82-2-07732-1, Shannon Wetherall Hardy, J.,
entered January 27, 1984. *Affirmed* by unpublished opinion
per Swanson, J., concurred in by Scholfield, C.J., and
Pekelis, J. Now published at 45 Wn. App. 479.

[No. 14363-8-I.   Division One.   August 11, 1986.]

INCO EXPRESS, INC., *Respondent*, v. MARKET INSURANCE
COMPANY, *Defendant*, ERWIN DOW & COMPANY,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 80-2-04967-4, Anthony P. Wartnik, J.,
entered January 31, 1984. *Reversed* by unpublished opinion
per Webster, J., concurred in by Scholfield, C.J., and
Grosse, J.

[No. 15365-0-I.   Division One.   August 11, 1986.]

THE CITY OF SEATTLE, *Respondent*, v. MARY
G. CHESTERFIELD, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 84-1-01258-3, Stephen M. Reilly, J., entered
August 9, 1984. *Reversed* and *remanded* by unpublished
opinion per Webster, J., concurred in by Scholfield, C.J.,
and Pekelis, J.